**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CHARLES WILSON, Derivatively on Behalf of MEDICAL PROPERTIES TRUST INC.,

Plaintiff,

v.

G. STEVEN DAWSON, CATERINA A. MOZINGO, EMILY W. MURPHY, ELIZABETH N. PITMAN, D. PAUL SPARKS, JR., MICHAEL G. STEWART, C. REYNOLDS THOMPSON, III, EDWARD K. ALDAG, JR., R. STEVEN HAMNER AND J. KEVIN HANNA,

Defendants,

and,

MEDICAL PROPERTIES TRUST, INC.,

Nominal Defendant.

Case No: 1:24-cv-00527-SAG

APPROVED

/s/ June 16, 2026
The Honorable Stephanie A. Gallagher
United States District Judge

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Charles Wilson ("Plaintiff"), acting by and through his counsel, hereby gives notice, subject to the Court's approval of the voluntary dismissal without prejudice of the above-captioned shareholder derivative action (the "Action") pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure. No answer or other response has been filed in this action, and Plaintiff is, therefore, entitled to dismiss the Action. Plaintiff is authorized to state Defendants do not object to or oppose the requested voluntary dismissal.

This voluntary dismissal is not, and shall not be deemed to be, an adjudication of this Action on the merits, and no fees or costs incurred in connection with the Action shall be assessed